

# State of Nebraska
## NEBRASKA EQUAL OPPORTUNITY COMMISSION





David R. Koltes,
    Complainant,

vs.

The Auto Club Group d/b/a AAA Nebraska,
    Respondent.

**COMMISSION DETERMINATION**

NEB 1-19/20-1-51071-RS
EEOC 32E-2020-00235

A determination has been made in the above-referenced matter before the Nebraska Equal Opportunity Commission. Pursuant to the **Nebraska Fair Employment Practice Act** and the Rules and Regulations of the Nebraska Equal Opportunity Commission, the Commission has officially dismissed this charge.

The evidence fails to support the allegations of discrimination (see attached); and there is no appeal process. This finding of **no reasonable cause** is the final determination of the Commission and completes the handling of the charge. The deadline for filing an action directly in state district court is 90 days after the receipt of this notice.

Since this charge was also filed under Federal law, you may contact the U.S. Equal Employment Opportunity Commission in St. Louis within fifteen (15) days of your receipt of this notice regarding this case. Requests for a Substantial Weight Review must be made via email to Joseph Wilson, State and Local Coordinator, U.S. Equal Employment Opportunity Commission, at Joseph.Wilson@EEOC.gov.

Due to the complexity of the law, and other avenues of redress that may exist, you may wish to consult with an attorney.

The Commission wishes to thank you for your cooperation in the processing of this charge.

_____
For the Commission

**MAR 0 4 2021**
Date

**MAIN OFFICE:**
301 Centennial Mall, South
PO Box 94934
Lincoln, NE 68509-4934
Phone: 402-471-2024
Fax: 402-471-4059
800-642-6112
www.NEOC.nebraska.gov

**BRANCH OFFICES:**
1313 Farnam-on-the-Mall
Omaha, NE 68102-1836
Phone: 402-595-2028
Fax: 402-595-1205
800-382-7820

505A Broadway Suite 600
Scottsbluff, NE 69361-3515
Phone: 308-632-1340
Fax: 308-632-1341
800-830-8633

**EXHIBIT A**