IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID KOLTES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE AUTO CLUB GROUP, a Nebraska Non Profit corporation;<br><br>Defendant. | 8:21CV203<br><br>ORDER |

This matter is before the Court on Terry White's Motion to Withdraw as counsel for Plaintiff. (Filing No. 24). Upon review and consideration of the matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 24) is granted. The Clerk of Court shall terminate Ms. White as counsel of record and terminate future notices to Ms. White in this matter.

2. Ms. White shall provide a copy of this Order to Plaintiff by March 4, 2022, and then file a certificate of service stating the name and address to which the Order was sent. Ms. White will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf. If substitute counsel has not entered a written appearance, Plaintiff shall file a written notice with the Clerk of the Court of his current address and telephone number within five (5) business days of being provided a copy of this Order. Plaintiff is hereby advised that he may obtain counsel at any time. However, until such time as substitute counsel enters a written appearance, he must comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply could result in the imposition of sanctions, including, but not limited to, dismissal of this suit.

4. The case progression deadlines in this case are stayed until March 10, 2022, to allow Plaintiff time to obtain substitute counsel.

5. The telephone status conference scheduled for March 10, 2022, at 2:00 p.m. will go forward as scheduled. If substitute counsel has not entered an appearance on Plaintiff's behalf, Plaintiff must participate in the telephone conference. Ms. White is directed to provide the Court's telephone conference instructions (Filing No. 6) to Plaintiff and file a certificate of service showing compliance with this directive.

Dated this 28th day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge